# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

**March 7, 2014**

State v. Fink (S061910)(354 Or 839)(alternative writ issued). Alternative writ of mandamus dismissed on court's own motion.